# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　Plaintiff,<br>v.<br><br>REGIONAL MEDICAL IMAGING, P.C., a Michigan professional corporation,<br>　　　　Defendant. | Civil Action No. 2:18-CV-12391<br><br>Honorable Bernard A. Friedman<br><br>Magistrate Judge Mona K. Majzoub<br><br>**CLASS ACTION** |

## STIPULATED ORDER OF DISMISSAL

Upon the below stipulation of the parties pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: October 3, 2018
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

SO STIPULATED:

/s/ *Fred K. Herrmann*  /s/ *Ryan M. Kelly*
   Fred K. Herrmann (P49519)    Ryan M. Kelly
KERR, RUSSELL AND WEBER, PLC   ANDERSON + WANCA
500 Woodward Avenue   3701 Algonquin Road, Suite 500
Suite 2500   Rolling Meadows, IL 60008
Detroit, Michigan  48226   Telephone: (847) 368-1500
(313) 961-0200   rkelly@andersonwanca.com
(313) 961-0388 (fax)
fherrmann@kerr-russell.com   *Attorneys for Plaintiff Sandusky*
  *Wellness Center, LLC*

*Attorneys for Defendant*
*Regional Medical Imaging, P.C.*